and confinement in the county jail for 60 days.

All matters of procedure appear to be in regular form. The record is before us without a statement of facts and bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts and bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

### CHOICE v. STATE.
No. 26193.

Court of Criminal Appeals of Texas.

Jan. 21, 1953.

### MARTIN v. STATE.
No. 26179.

Court of Criminal Appeals of Texas.

Jan. 21, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted of the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $50.

Harvey Lindsay, Dallas, for appellant.

Henry Wade, Crim. Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, George P. Blackburn, State's Atty., Austin, for the State.